# JS - 6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

|  |  |
|---|---|
| ERIC GRIFFIN,<br><br>    Plaintiff<br><br>    v.<br><br>METROPOLITAN DETENTION CENTER, et al.,<br><br>    Defendants. | Case No. CV 10-1658-PA (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed.

Dated: March 31, 2010

_____
Percy Anderson
United States District Judge